CHARLOTTE I. LONG, Appellant, v. BREHON B. SOMERVELL, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ. [175 Misc. 119.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. COX, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

WILLIAM I. PHILLIPS, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent, Impleaded with Others, Defendants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.; Untermyer, J., dissents. [175 Misc. 1009.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUYLER'S, INCORPORATED, and ERNEST M. FLEISCHMAN, Appellants.— Judgment against the defendant Huyler's, Incorporated, unanimously affirmed. Judgment against the defendant Ernest M. Fleischman unanimously reversed and the information against said defendant dismissed on the ground that said defendant was not proved guilty beyond a reasonable doubt. (See People v. Taylor, 192 N. Y. 398.) Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR B. GENTASSIO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

GERTRUDE GOLDWORM, Respondent, v. JOSEPH GUTTMAN and EDWARD GUTTMAN, Copartners Doing Business as GUTTMAN BROS., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of JAMES B. PRESTON, Deceased. MARY R. PRESTON and Others, Executors, etc., of JAMES B. PRESTON, Deceased, Appellants; MAX SHLIVEK, Petitioner-Respondent. — Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

TITLE GUARANTEE AND TRUST COMPANY and BOND AND MORTGAGE GUARANTEE CORPORATION, Appellants, v. CORINNE HOFHEIMER and Others, as Executors, etc., of LESTER HOFHEIMER, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [170 Misc. 691.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABEL PALMA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ROSCOE ROLLINS, Respondent, v. DANIEL FRANKEL and MARGARET LEFRANC FRANKEL, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.